**No. 54782.**—Casablanca Importing Co. et al. *v.* United States, protests 159197–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.